PHILLIP A. TALBERT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2731
E-mail: Rachel.Davidson@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA CARAVALLO,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　　　　　Defendant. | Case No. 2:23−CV−00391−AC<br><br>**STIPULATION TO SUBSTITUTE UNITED STATES OF AMERICA AS DEFENDANT FOR UNITED STATES POSTAL SERVICE AND [PROPOSED] ORDER** |

　　　Plaintiff Diana Caravallo and Defendant United States Postal Service, through their respective counsel, stipulate to substitute the United States as Defendant in place of Defendant United States Postal Service.  The United States is the only proper Defendant for claims under the Federal Tort Claims Act. 28 U.S.C. §§ 1346 (b)(1) and 2679(a); *FDIC v. Craft*, 157 F.3d 697, 706 (9th Cir. 1998) ("The FTCA is the exclusive remedy for tortious conduct by the United States, and it only allows claims against the United States. Although such claims can arise from the acts or omissions of United States agencies (28 U.S.C. § 2671), an agency itself cannot be sued under the FTCA.").

Dated: August 30, 2023                    PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　*/s/ Rachel R. Davidson*
　　　　　　　　　　　　　　　　　　　RACHEL R. DAVIDSON
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

DATED: August 30, 2023						O'BRIEN AND ZENDER

								By:	*/s/ John M. O'Brien* (auth. on 8/29/23)
									JOHN M. O'BRIEN
									GRANT R. ZEHNDER
									Attorney for Plaintiff

### [PROPOSED] O R D E R

　　　　IT IS SO ORDERED.


DATED:  September 11, 2023.


_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE